IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KAHN SWICK & FOTI, LLC, | * | |
| | * | C.A. NO.: 2:14-cv-1979-KDE-DEK |
| *Plaintiff,* | * | |
| | * | |
| VERSUS | * | SECTION: N |
| | * | JUDGE: KURT D. ENGELHARDT |
| SPECTOR ROSEMAN KODROFF & | * | |
| WILLIS, PC, ROBERT M. ROSEMAN, | * | |
| BRANNON LAW FIRM, LLC, and | * | DIVISION: 3 |
| PAUL M. BRANNON, | * | MAG.: DANIEL E. KNOWLES, III |
| | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO REMAND**

Plaintiff Kahn Swick & Foti, LLC, through undersigned counsel, respectfully moves the Court to remand this case to the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, from which it was improperly and inappropriately removed by Defendants Spector Roseman Kodroff & Willis, PC and Robert M. Roseman without the consent of the remaining Defendants, Brannon Law Firm, LLC and Paul M. Brannon, without complete diversity, and in violation of the forum defendant rule. Accordingly, Kahn Swick & Foti, LLC respectfully requests that the Court grant its motion and remand this case.

1

Dated: September 28, 2014                              Respectfully Submitted,


  /s/ Michael J. Palestina
Lewis Kahn, Esq. (23805)
Melinda A. Nicholson, Esq. (32911)
Michael J. Palestina, Esq. (31907)
Kahn Swick & Foti, LLC
206 Covington Street
Madisonville, La 70447
Telephone:     (504) 455-1400
Facsimile:     (504) 455-1498

*Counsel for Kahn Swick & Foti, LLC*


### **CERTIFICATE OF SERVICE**

     I hereby certify that on September 28, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Courts electronic filing system.  All other parties will be served by electronic means pursuant to F.R.C.P. 5(b)(2).

                                                               /s/ Michael J. Palestina